IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Jacqueline H. Kombila,<br>***-**-0278, | ) | CASE NO. 16-01636-TOM |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 7 |
| | ) | |

AMENDMENT TO SCHEDULE F TO
DEBTOR'S CHAPTER 7 VOLUNTARY PETITION

Debtor hereby amends her Schedule F Creditors Holding Unsecured Claims of the Voluntary Petition by adding thereto the following:

| Name and<br>Address of<br>Creditor | Date Incurred<br>& Nature of<br>Obligation | Secured<br>Unsecured<br>Priority | Amount |
|---|---|---|---|
| Budget Car Rental<br>2301 3rd Avenue South<br>Birmingham, AL 35233 | 2015<br>Account | Unsecured | $1.00 |
| Antronique Shavon Price<br>2710 Dartmouth Ave<br>Bessemer, AL 35020 | 2015<br>Account | Unsecured | $1.00 |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 6|1|16

_____
Jacqueline H. Kombila

_____
C. Taylor Crockett
Attorney for Debtor

OF COUNSEL:
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, AL 35216
Telephone: (205) 978-3550

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Amendment to Schedule F to Debtor's Chapter 7 Voluntary Petition was served upon the parties listed above with full social security numbers listed and the party listed below by electronic filing and/or by placing a copy in the U.S. Mail first-class postage prepaid this the ___1st___ day of ___June___, 2016.

Thomas E. Reynolds
300 Richard Arrington Jr. Blvd N
Suite 503
Birmingham, AL 35203

_____
C. Taylor Crockett
Attorney for Debtor